CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04232

Hansard v. Davol, Inc. et al
Assigned to: Judge Ewing Werlein, Jr
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/11/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tasha D. Hansard**

represented by

**David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3298194) filed by Tasha D. Hansard. (Attachments: # 1 Civil Cover Sheet Tasha D. Hansard)(Alexander, David) (Entered: 12/11/2007) |
| 12/12/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/18/2007 at 03:00 PM in Room 11521 before Judge Ewing Werlein, Jr.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(mmapps, ) (Entered: 12/12/2007) |
| 12/18/2007 | | CLERKS NOTICE re: 2 Order for Initial Conference and Disclosure,. Parties notified., filed. (mmapps, ) (Entered: 12/18/2007) |
| 12/18/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/18/2008 at 03:15 PM in Room 11521 before Judge Ewing Werlein, Jr.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(mmapps, ) (Entered: 12/18/2007) |
| 12/21/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Tasha D. Hansard, filed.(Alexander, David) (Entered: 12/21/2007) |

| | | |
|---|---|---|
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 2/14/08. Parties notified.(rvazquez, ) (Entered: 02/14/2008) |
| 02/14/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (rvazquez, ) (Entered: 02/14/2008) |